```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/17/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of herself and others similarly situated,

                    Plaintiff,

-against-

Leslie's Poolmart, Inc.,

                    Defendant.

22 Civ. 5000 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 30, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by August 15, 2022. ECF No. 7. Those submissions are now overdue. Accordingly, by **August 29, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: August 17, 2022
        New York, New York

                                                ANALISA TORRES
                                         United States District Judge