UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of herself and others similarly situated,

                    Plaintiff,

        -against-

Leslie's Poolmart, Inc.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/30/2022__

22 Civ. 5000 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 22, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by September 29, 2022. ECF No. 11. Those submissions are now overdue. Accordingly, by **October 14, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: September 30, 2022
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge