UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of herself and others similarly situated,

                Plaintiff,

-against-

Leslie's Poolmart, Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/14/2022_

22 Civ. 5000 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter and proposed case management plan dated October 13, 2022. ECF No. 18. Paragraph 6 of the proposed case management plan sets some discovery deadlines for 2023, after the proposed close of fact discovery on February 13, 2023. *Id.* The Court assumes that the parties intended to set those deadlines for 2022. Accordingly, by **October 19, 2022**, the parties shall submit a revised proposed case management plan.

    SO ORDERED.

Dated: October 14, 2022
        New York, New York

ANALISA TORRES
United States District Judge