USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2022

**大成 DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

November 23, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Maddy v. Leslies Poolmart, Inc.,* Case No. 1:22-cv-05000-AT

Dear Judge Torres:

We represent Defendant Leslie's Poolmart, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from November 23, 2022 to January 9, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

GRANTED.

SO ORDERED.

Dated: November 23, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge