UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, on behalf of herself and others similarly situated,

            Plaintiff,

-against-

Leslie's Poolmart, Inc.,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/11/2023_

22 Civ. 5000 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 23, 2022, the Court granted the parties' request to "stay all case deadlines in this action for forty[-]five (45) days, from November 23, 2022[,] to January 9, 202[3]." ECF No. 26. In their letter, the parties stated that their "requested stay [would] permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation." *Id.* Accordingly, by **January 13, 2023**, the parties shall submit a letter updating the Court on the status of their efforts.

SO ORDERED.

Dated: January 11, 2023
       New York, New York

ANALISA TORRES
United States District Judge